Etta D. Van Vlissingen, Appellee, v. Charles L. Rigby et al., Appellants.

Gen. No. 21,958.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN P. McGOORTY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed June 27, 1917.

## Statement of the Case.

Bill for an accounting by Etta D. Van Vlissingen, complainant, against Charles L. Rigby, William C. Rigby, F. H. Gansbergen and James H. Van Vlissingen, defendants. From a decree entered after an account stated on a basis of accounting fixed by a decree approving the report of a master, defendants, except defendant Van Vlissingen, appeal.

MILLER, GORHAM & WALES, for appellants.

BENTLEY, BURLING & SWAN, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*when findings based on conflicting evidence not disturbed.* On a bill for an accounting, where the evidence of the only two witnesses testifying is in direct conflict on the material points in controversy and it cannot be said that the findings are against the manifest weight of the evidence, the decree will not be disturbed on appeal.    \

2. APPEAL AND ERROR, § 1488*—*when error in admission of evidence is harmless.* Error in admitting evidence is harmless where there is sufficient competent evidence in the record.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.